# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JARRID FLYNN,**

      **Plaintiff,**

**-vs-**                 **Case No. 6:09-cv-837-Orl-22DAB**

**INTERPLAN, LLC,**

      **Defendant.**
_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement Agreement (Doc. No. 10) filed on November 5, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 20, 2009 (Doc. No. 11) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement (Doc. No. 10) is GRANTED. The Court accepts the settlement as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act issues.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 10, 2009.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record